704 A.2d 628

COMMONWEALTH of Pennsylvania, Respondent,

v.

Anthony WASHINGTON, Petitioner.

No. 0086 Capital Appeal Docket.

Supreme Court of Pennsylvania.

Dec. 29, 1997.

## ORDER

PER CURIAM.

AND NOW, this 29th day of December, 1997, upon consideration of petitioner's emergency motion for a stay of execution, and the Commonwealth's concurrence with this application, IT IS HEREBY ORDERED that petitioner's application is GRANTED and his execution will be stayed pending action by the United States Supreme Court on his petition for writ of certiorari from this Court's ruling in *Commonwealth v. Washington*, 549 Pa. 12, 700 A.2d 400 (1997).